PAUL M. WARNER, United States Attorney (#3389)
CHRISTOPHER B. CHANEY, Assistant United States Attorney (#7369)
Attorneys for the United States of America
185 South State Street, #400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| Plaintiff, | | 2:00CR-0229G |
| vs. | : | VIO. 18 U.S.C. § 1159; MISREPRESENTATION OF INDIAN-STYLE GOODS |
| NADER Z. POURHASSAN, | : | |
| Defendant. | : | |

The Grand Jury charges:

COUNT ONE

From on or about and between February 5, 1994 to on or about July 17, 1997, in the Central Division of the District of Utah,

NADER Z. POURHASSAN,

the defendant herein, did knowingly offer, display for sale, and sell goods (to wit: dream catchers) to Western Woods, of St. George, Utah, in a manner that falsely suggested that such goods were Indian produced, Indian products, and products of a particular Indian tribe resident within the United States; all in violation of 18 U.S.C. § 1159.

COUNT TWO

From on or about and between September 20, 1995 to on or about March 24, 1998, in the Central Division of the District of Utah,

NADER Z. POURHASSAN,

did knowingly offer, display for sale, and sell goods (to wit: dream catchers) to M & S Turquoise, of St. George, Utah, in a manner that falsely suggested that such goods were Indian produced, Indian products, and products of a particular Indian tribe resident within the United States; all in violation of 18 U.S.C. § 1159.

A TRUE BILL:

FOREPERSON OF GRAND JURY

PAUL M. WARNER
UNITED STATES ATTORNEY

CHRISTOPHER B. CHANEY
Assistant United States Attorney