FILED
CLERK U.S. DISTRICT COURT
17 AUG 00 PM 3:59
DISTRICT OF UTAH
BY: DEPUTY CLERK

RECEIVED
AUG 16 2000
OFFICE OF JUDGE
J. THOMAS GREENE

JAMES C. BRADSHAW (#3768)
Attorney for Defendant
10 West Broadway, Suite 210
Salt Lake City, Utah 84101
Telephone: (801) 532-5297
Facsimile: (801) 532-5298

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NADER Z. POURHASSAN,<br><br>Defendant. | ORDER MODIFYING CONDITIONS OF RELEASE<br><br>Case No. 2:00CR-0229G |

Based upon the motion of the defendant and good cause appearing,

IT IS HEREBY ORDERED that the defendant may have limited contact with the following two witnesses in this matter: Crislee Zadrozny and Jody Sandoval. However, the defendant is prohibited from discussing this case with Ms. Zadrozny or Ms. Sandoval. All other terms and conditions of release are to remain in full force and effect.

DATED this 17th day of August 2000.

BY THE COURT:

Samuel Alba

~~J. THOMAS GREENE~~
U.S. ~~District~~ Magistrate Court Judge

14

alf

United States District Court
for the
District of Utah
August 18, 2000

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:00-cr-00229

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

Christopher B. Chaney, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Mr. James C. Bradshaw, Esq.
BROWN BRADSHAW ANDERSON & MOFFAT LLP
10 W BROADWAY STE 210
SALT LAKE CITY, UT 84101
JFAX 9,5325298

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048

US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136