# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

**Nader Z. Pourhassen**

## SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 2:00cr229

(Name and Address of Defendant)

**Nader Z. Pourhassen**
**96 Cervenates**
**Lake Oswego, OR 97034**

YOU ARE HEREBY COMMANDED to appear before the United States District Court at the place, date, and time set forth below.

| Place | Room |
|---|---|
| Frank E. Moss U.S. Courthouse<br>350 South Main Street<br>Salt Lake City, UT 84101<br><br>Before Magistrate Judge Samuel Alba | 248<br><br>Date and Time<br><br>9/20/00 at 9:30 a.m. |

'o answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☒ Probation Violation Petition

'harging you with a violation of ______________________________ United States Code.

3rief description of offense:

**Alleged Pretrial Release Violations**

ignature of Issuing Officer
By: Amy Faust
Deputy Clerk

September 5, 2000
Date

Iarkus B. Zimmer, Clerk of Court
ame and Title of Issuing Officer

19

alf

United States District Court
for the
District of Utah
September 5, 2000

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:00-cr-00229

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

Mr. James C. Bradshaw, Esq.
BROWN BRADSHAW ANDERSON & MOFFAT LLP
10 W BROADWAY STE 210
SALT LAKE CITY, UT 84101
JFAX 9,5325298