FILED
5 DEC 00 PM 3:09
DISTRICT OF UTAH
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : | 2:00CR 0229G |
| vs. | : | **O R D E R** |
| NADER POURHASSAN, Defendant. | : | |

This matter came before this Court on November 30, 2000, for the purpose of oral arguments on defendant's motions currently pending before this Court. The defendant, whose presence was not required, was represented by Mr. James Bradshaw. The United States was represented by Assistant United States Attorney Felice John Viti. The United States informed this Court that defense counsel provided information which the government wished to investigate. This information may have a bearing on the disposition of this matter. Based on the need to investigate this information, a joint motion was made to continue the oral argument. Additionally, the United States was unprepared to argue the defendant's motion for a bill of particulars.

After hearing from both parties, it is HEREBY ORDERED that the oral argument, with the consent of both parties, is continued to February 16, 2001, at 10:00 a.m. The oral argument will address defendant's motion to dismiss the indictment, motion for

32

a bill of particulars, and, if necessary, the issue of the admissibility of evidence pursuant to Fed. R. Evid. 404(b).

It is FURTHER ORDERED that the United States is to file any supplemental memoranda by January 16, 2001. The defendant shall reply to these memoranda by January 26, 2001. Additionally, the defendant is to file, if necessary, a motion to preclude the use of evidence pursuant to Fed. R. Evid. 404(b) by January 16, 2001, and the United States is to reply by January 26, 2001.

It is FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(1)(F) and (J), all time between the filing of defendant's motions, and through the conclusion of the hearing on, or other prompt disposition of, such motions, and any such delay reasonably attributable to any period, not to exceed thirty days, during which these motions are actually under advisement by this Court, is excluded in computing the time within which the trial of this offense must commence.

DATED this 5th day of December, 2000.

BY THE COURT:

J. Thomas Greene

J. THOMAS GREENE
United States District Court Judge

ce

United States District Court
for the
District of Utah
December 7, 2000

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:00-cr-00229

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

Christopher B. Chaney, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Mr. James C. Bradshaw, Esq.
BROWN BRADSHAW ANDERSON & MOFFAT LLP
10 W BROADWAY STE 210
SALT LAKE CITY, UT 84101
JFAX 9,5325298

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048

US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136