# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. J. Thomas Greene

COURT REPORTER: Reeve Butler
COURTROOM DEPUTY: Trisha Little
INTERPRETER: n/a

CASE NO. 2:00-cr-229 G

USA v Nader Pourhassan

Approved By:_________

APPEARANCE OF COUNSEL

Pla Felice Viti
Dft James Bradshaw

DATE: Monday, 07/02/01

MATTER SET: Motion

DOCKET ENTRY:

Counsel present. Defendant's presence waived. Government's motion for dismissal is addressed. Arguments heard. Court GRANTS dismissal under Rule 4[illegible]. Government to submit order.

41