FILED
CLERK, U.S. DISTRICT COURT
17 JUL 01 AM 8:50
DISTRICT OF UTAH
BY: ______
DEPUTY CLERK

RECEIVED
JUL 13 2001
OFFICE OF JUDGE
J. THOMAS GREENE

RECEIVED CLERK
JUL 13 '01
U.S. DISTRICT COURT

JAMES C. BRADSHAW (#3768)
Attorney for Defendant
10 West Broadway, Suite 210
Salt Lake City, Utah 84101
Telephone: (801) 532-5297
Facsimile: (801) 532-5298

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NADER Z. POURHASSAN,<br><br>Defendant. | ORDER RELEASING PASSPORT<br><br>Case No. 2:00CR-0229G |

Based upon the motion of the defendant and good cause appearing therefore,

IT IS HEREBY ORDERED that the defendant's passport be released to his counsel, James C. Bradshaw.

DATED this 16th day of July 2001.

BY THE COURT:

J. Thomas Greene
J. THOMAS GREENE
District Court Judge

43

MAILING CERTIFICATE

I hereby certify that a true and correct copy of the foregoing Order Releasing Passport was mailed, postage prepaid, to Phil Viti, Assistant U.S. Attorney, 185 South State Street, #400, Salt Lake City, Utah 84111, on the 12 day of July 2001.

Michelle Carter

JCB\P\1553

alf

United States District Court
for the
District of Utah
July 17, 2001

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:00-cr-00229

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

Christopher B. Chaney, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Mr. James C. Bradshaw, Esq.
BROWN BRADSHAW ANDERSON & MOFFAT LLP
10 W BROADWAY STE 210
SALT LAKE CITY, UT 84101
JFAX 9,5325298

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048

US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136

Mike Duncan, Financial Administrator