FILED
DEC 2001
OFFICE OF JUDGE
THOMAS GREENE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:00CR 0229G |
| Plaintiff, | : | |
| vs. | : | ORDER GRANTING LEAVE OF COURT TO FILE A DISMISSAL OF THE INDICTMENT |
| NADER Z. POURHASSAN, | : | |
| Defendant. | | |

Entered on docket
12/17/01 by:
HAL
Deputy Clerk

This matter came before this Court on July 2, 2001. The defendant was represented by Mr. James C. Bradshaw. The United States was represented by Assistant United States Attorney Felice John Viti. Both parties set forth their reasons in support of the government's Motion For Leave of Court to File a Dismissal of the Indictment.

Based upon the motion of the United States of America, and for good cause appearing, namely, the reasons set forth by the parties on July 2, 2001, and accepted by this Court, this Court hereby grants leave under Fed. R. Crim. P. 48(a) to allow the United States Attorney to file a dismissal of the above-captioned Indictment against the defendant, which charges him with violations of 18 U.S.C. § 1159.

HK

DATED this 13th day of December, 2001.

BY THE COURT:

J. Thomas Greene

J. THOMAS GREENE
United States District Court Judge

alp

United States District Court
for the
District of Utah
December 17, 2001

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:00-cr-00229

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

Christopher B. Chaney, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Mr. James C. Bradshaw, Esq.
BROWN BRADSHAW ANDERSON & MOFFAT LLP
10 W BROADWAY STE 210
SALT LAKE CITY, UT 84101
JFAX 9,5325298

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048

US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136